# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DAUNTA LATRAVS DMOND WILLIAMS,**

    **Plaintiff,**

v.                                  Case No. 1:17cv48-MW/CAS

**NANCY A. BERRYHILL, Acting
Commissioner of the Social
Security Administration,**

    **Defendant.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 23. Accordingly

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's boilerplate objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioners to deny Plaintiff's applications for

Supplemental Security Income benefits is **AFFIRMED**." The Clerk shall close the file.

    **SO ORDERED on November 21, 2017.**

                                           <u>s/Mark E. Walker</u>
                                           **United States District Judge**